**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

Marcus L. Wade,

               Plaintiff,

    v.

Jess Marchesse,

               Defendant.

Case No. 2:26-cv-01967-JAD-DJA

**Order**

This matter is before the Court on *pro se* Plaintiff Marcus L. Wade's application to proceed *in forma pauperis*. (ECF No. 1). However, under Nevada Local Special Rule (LSR) 1-1, applications to proceed *in forma pauperis* (meaning, to proceed without paying the filing fee) "must be made on the form provided by the court."[1] Plaintiff's form is the form intended for state court. The Court will therefore deny the motion (ECF No. 1) and require Plaintiff to re-file a complete application on the correct form or to pay the filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff: (1) a copy of this order; and (2) the application to proceed *in forma pauperis* by a **non**-Nevada Department of Corrections ("NDOC") inmate and its accompanying instruction packet.[2]

---

[1] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-information/forms/

[2] This form can also be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code IFP. Both the NDOC form and the non-NDOC form have the same code, however Plaintiff is not incarcerated in NDOC custody, so Plaintiff should use the form intended for non-NDOC inmates.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **August 5, 2026,** to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $405 filing fee, which includes the $350 filing fee plus the $55 administrative fee. **Plaintiff is advised that failure to comply with this order will result in a recommendation to the district judge that the case be dismissed.**

DATED: July 6, 2026,

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE